IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-CR-040-Z (02)<br>(Supersedes indictment filed 5/22/25 as to Salazar only) |
| NOEMI PAOLA SALAZAR (02) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
### Possession with Intent to Distribute Methamphetamine
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about April 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Noemi Paola Salazar**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Noemi Paola Salazar**
**Superseding Information - Page 1**

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*/s/ Anna Marie Bell*
Anna Marie Bell
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

**Noemi Paola Salazar**
**Superseding Information - Page 2**